

SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

NOV 1 9 2007

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

Vs.
THOMAS, Darrell Wayne

Case Number: C-07-690 M

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**RIVERA, Angelica**
**MUNIZ-Tavares, Guadalupe Jose**

These material witnesses are citizens of Mexico and Honduras who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Agustin Olivarez, Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED BEFORE ME this   19 day of November, 2007

UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington

It is ORDERED this   19   day of November 2007
me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington