# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Darrell Wayne Thomas

FOR: Southern District of Texas, Corpus Christi Division

LOCATION NUMBER: C-07-645

PERSON REPRESENTED: (Show your full name)

United States Courts
Southern District of Texas
FILED
NOV 19 2007
Michael N. Milby, Clerk of Court

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: C-07-690M
District Court:
Court of Appeals:

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: PTL Trucking, Murray, Kentucky
- IF YES, how much do you earn per month? $ 2,800
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ unk
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 3,020 (on hand)

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 10,000 — 2001 Chevrolet Suburban
  - $ 10,000 — 2002 Oldsmobile Alero

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: wife

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| renting in Baton Rouge, LA | | $ | $ 250 |
| | utilities | $ | $ 1,300 |
| | groceries | $ | $ 300 |
| | Eating out (truck driver) | $ | $ 800 |
| | auto insurance | | 375 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on 11-19-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Darrell Thomas

Approved/Denied by B. Janice Ellington, USMJ

( ) Approved, but defendant may be required to repay part or all of the cost of court appointed attorney if determined at a later date.